AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | Case No. 2:16-mj-679-GWF |
| v. | ) | |
| MAISHA V. CAPLES | ) | Charging District: Southern District of Ohio |
| *Defendant* | ) | Charging District's Case No.: 2:16-mj-469-EPD |

*FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD*
*OCT - 4 2016*
*CLERK US DISTRICT COURT DISTRICT OF NEVADA — DEPUTY*

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Joseph P. Kinneary Courthouse<br>85 Marconi Blvd.<br>Columbus, Ohio 43215<br>U.S. Magistrate Judge Kimberly A. Jolson | Courtroom: | TBD |
|---|---|---|---|
| | | Date/Time: | Tuesday, October 18, 2016 at 1:30 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Oct 4, 2016

*Judge's signature*

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*